COLUMBUS BAR ASSOCIATION *v.* FARBER.

[Cite as Columbus Bar Assn. *v.* Farber (1988), 35 Ohio St. 3d 607.]

(D.D. No. 87-18—Decided January 27, 1988.)

Robert H. Farber, Jr. is publicly reprimanded.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

OFFICE OF DISCIPLINARY COUNSEL *v.* LOWE.

[Cite as Disciplinary Counsel *v.* Lowe (1988), 35 Ohio St. 3d 607.]

(D.D. No. 87-21—Decided February 24, 1988.)

*J. Warren Bettis,* disciplinary counsel, and *Karen B. Hull,* for relator Office of Disciplinary Counsel.

*Charles W. Kettlewell,* for respondent Howard P. Lowe.

Howard P. Lowe is hereby publicly reprimanded in accordance with the then-existing Supreme Court Rules for the Government of the Bar of Ohio, and for non-registration as an attorney pursuant to Gov. Bar R. VI.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.